UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

THE CITY OF CHICAGO,

           *Plaintiff,*

    v.

JEFFERSON BEAUREGARD SESSIONS III,
Attorney General of the United States

           *Defendant.*

Civil Action No. 1:17-cv-5720

Hon. Harry D. Leinenweber

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiff the City of Chicago hereby submits this Request for Judicial Notice in support of its Motion for Preliminary Injunction.

**I.    Points And Authorities**

    Under Rule 201 of the Federal Rules of Evidence, a district court may take judicial notice of any document or fact "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts accordingly "may take judicial notice of matters of public record." *Laborers' Pension Fund v. Blackmore Sewer Constr.*, 298 F.3d 600, 607 (7th Cir. 2002); *accord Cause of Action v. Chi. Transit Auth.*, 815 F.3d 267, 277 n.13 (7th Cir. 2016). Matters of public record subject to judicial notice include "state statutes, city charters, and city ordinances," *Newcomb v. Brennan*, 558 F.2d 825, 829 (7th Cir. 1977); "reports of administrative bodies," *Menominee Indian Tribe of Wis. v. Thompson*, 161 F.3d 449, 456 (7th Cir. 1998); and "information published on federal agencies' websites," *Missouri Pet Breeders Ass'n v. County of Cook*, 106 F. Supp. 3d 908, 918 (N.D. Ill. 2015); *see also LaBella Winnetka, Inc. v.*

-1-

*Village of Winnetka*, 628 F.3d 937, 944 n.3 (7th Cir. 2010) (taking judicial notice of the contents of a municipality's website); *Youkhana v. Gonzales*, 460 F.3d 927, 932 (7th Cir. 2006) (taking judicial notice of a publication on the U.S. Department of State's website); *U.S. Sec. & Exch. Comm'n v. Ustian*, 229 F. Supp. 3d 739, 763 (N.D. Ill. 2017) (taking judicial notice of a decision letter and fact sheet published on the Environmental Protection Agency's website).

**II.     Scope Of Request**

Pursuant to Rule 201, Plaintiff requests that this Court take judicial notice of the existence and content of the following documents:

1.   Attached hereto as **Exhibit A** is a true and correct copy of Chicago Mayor Harold Washington's Executive Order No. 85-1, "Equal Access to City Services, Benefits, and Opportunities," dated March 7, 1985. As of August 10, 2017, this order is available on the City Clerk of Chicago's website at http://www.chicityclerk.com/file/5429/download?token=mVXLiua5.

2.   Attached hereto as **Exhibit B** is a true and correct copy of Chicago Mayor Richard M. Daley's Executive Order No. 89-6, "Equal Access to Municipal Benefits," dated April 25, 1989. As of August 10, 2017, this order is available on the City Clerk of Chicago's website at http://www.chicityclerk.com/file/5458/download?token=cKUY6uPc.

3.   Attached hereto as **Exhibit C** is a true and correct copy of the City Council of the City of Chicago's 2006 ordinance entitled "Amendment of Title 2 of Municipal Code of Chicago by Creation of New Chapter 173 to Disallow Disclosure of and Conditioning Benefits and Services on Individual's Citizenship and Residency Status," dated March 29, 2006. As of August 10, 2017, this ordinance is available on

the City Clerk of Chicago's website at http://www.chicityclerk.com/file/6423/ download?token=_J5cJLcN.

4. Attached hereto as **Exhibit D** is a true and correct copy of Chicago's 2012 ordinance entitled "Amendment and Renaming of Chapter 2-173 of Municipal Code as 'Welcoming City Ordinance' Regarding Immigration Status and Enforcement of Federal Civil Immigration Laws," dated September 12, 2012. As of August 10, 2017, this ordinance is available on the City Clerk of Chicago's website at https://www.chicityclerk.com/file/6663/download?token=cVeG4grB.

5. Attached hereto as **Exhibit E** is a true and correct copy of the City of Chicago's Welcoming City Ordinance as codified at Chapter 2-173 of the Chicago Municipal Code. As of August 10, 2017, Chapter 2-173 is available through the City Clerk of Chicago's website at http://www.chicityclerk.com/legislation-records/municipal-code.

6. Attached hereto as **Exhibit F** is a true and correct copy of a letter from Alan R. Hanson, Acting Assistant Attorney General, Office of Justice Programs, U.S. Department of Justice, to Eddie T. Johnson, Superintendent of Police, Chicago Police Department, dated April 21, 2017. As of August 10, 2017, this letter is available on the U.S. Department of Justice's website at https://www.justice.gov/opa/press-release/file/959431/download.

7. Attached hereto as **Exhibit G** is a true and correct copy of a letter from Edward Siskel, Corporation Counsel, Department of Law, City of Chicago, to Tracey Trautman, Acting Director, Bureau of Justice Assistance, Office of Justice Programs, U.S. Department of Justice, dated June 30, 2017. As of August 10, 2017, this letter is available on the City of Chicago's website at https://www.cityofchicago.org/

        content/dam/city/depts/mayor/Press%20Room/Press%20Releases/2017/August/ 080717_ExAComplaint.PDF.[1]

8. Attached hereto as **Exhibit H** is a true and correct copy of Press Release No. 17-736 from the U.S. Department of Justice, entitled "Department of Justice Reviewing Letters from Ten Potential Sanctuary Jurisdictions," dated July 6, 2017. As of August 10, 2017, this press release is available on the U.S. Department of Justice's website at https://www.justice.gov/opa/pr/department-justice-reviewing-letters-ten-potential-sanctuary-jurisdictions.

9. Attached hereto as **Exhibit I** is a true and correct copy of Press Release No. 17-826 from the U.S. Department of Justice, entitled "Attorney General Sessions Announces Immigration Compliance Requirements for Edward Byrne Memorial Justice Assistance Grant Programs," dated July 25, 2017. As of August 10, 2017, this press release is available on the U.S. Department of Justice's website at https://www.justice.gov/opa/pr/attorney-general-sessions-announces-immigration-compliance-requirements-edward-byrne-memorial.[2]

10. Attached hereto as **Exhibit J** is a true and correct copy of the background document on grant requirements, released by the U.S. Department of Justice as an attachment to the press release attached as Exhibit I, entitled "Backgrounder on Grant Requirements." As of August 10, 2017, this background document is available on the U.S. Department of Justice's website at https://www.justice.gov/opa/press-release/file/984346/download.[3]

---

[1] This letter was attached to Plaintiff's Complaint as Exhibit A.

[2] This press release was attached to Plaintiff's Complaint as Exhibit B.

[3] This background document was attached to Plaintiff's Complaint as Exhibit C.

11. Attached hereto as **Exhibit K** is a true and correct copy of the FY 2017 Local Solicitation for the Edward Byrne Memorial Justice Assistance Grant Program, published by the U.S. Department of Justice on August 3, 2017. As of August 10, 2017, this grant application is available on the Bureau of Justice Assistance's website at https://www.bja.gov/Funding/JAGLocal17.pdf.[4]

12. Attached hereto as **Exhibit L** is a true and correct copy of the Chicago Police Department's General Order G06-01, "Processing Persons Under Department Control," issued on June 6, 2002, and effective as of June 7, 2002. As of August 10, 2017, this general order is available on the Chicago Police Department's website at http://directives.chicagopolice.org/directives/data/a7a57bf0-12cc8264-cb012-cc84-fb2db6b1606f7dd9.pdf.

13. Attached hereto as **Exhibit M** is a true and correct copy of an Office of Justice Programs webpage entitled "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements—FY 2017 Awards," updated as of July 2017. As of August 10, 2017, this webpage is available on the Office of Justice Programs's website at https://ojp.gov/funding/Explore/SolicitationRequirements/index.htm.

14. Attached hereto as **Exhibit N** is a true and correct copy of the Chicago Police Department's Special Order S06-14-03, "Responding to Incidents Involving Citizenship Status," issued on December 31, 2015, and effective as of January 1, 2016. As of August 10, 2017, this special order is available on the Chicago Police

---

[4] This grant solicitation was attached to Plaintiff's Complaint as Exhibit D.

Department's website at http://directives.chicagopolice.org/directives/data/a7a57b42-12ab41ab-48212-ab41-c1f5b5ad5c097076.html.

15. Attached hereto as **Exhibit O** is a true and correct copy of a guidance document issued by the U.S. Department of Justice, "Office of Justice Programs Guidance Regarding Compliance with 8 U.S.C. § 1373." As of August 10, 2017, this guidance document is available on the Bureau of Justice Assistance's website at https://www.bja.gov/funding/8uscsection1373.pdf.

16. Attached hereto as **Exhibit P** is a true and correct copy of a letter from Alan Hanson, Acting Assistant Attorney General, Office of Justice Programs, U.S. Department of Justice, to Carlos A. Giménez, Mayor, Miami-Dade County, dated August 4, 2017. As of August 10, 2017, this letter is available on Miami-Dade County's website at http://www.miamidade.gov/mayor/library/memos-and-reports/2017/08/08.05.17-DOJ-Determination-on-Miami-Dade-Countys-Compliance-with-1373-003.pdf.

17. Attached hereto as **Exhibit Q** is a true and correct copy of a letter from Alan Hanson, Acting Assistant Attorney General, Office of Justice Programs, U.S. Department of Justice, to Yolanda King, County Manager, Clark County, dated August 3, 2017. As of August 10, 2017, this letter is available on Clark County's Twitter at https://twitter.com/ClarkCountyNV/status/893589499048902656.

August 10, 2017.                                            Respectfully Submitted,

                                                            By  /s/ Edward N. Siskel
JAMIE S. GORELICK (*pro hac* vice pending)                  EDWARD N. SISKEL
DAVID W. OGDEN (*pro hac vice* pending)                     Corporation Counsel of the City of Chicago
ARI HOLTZBLATT (*pro hac vice* pending)                     JUSTIN A. HOUPPERT
ARI SAVITZKY (*pro hac vice* pending)                       Assistant Corporation Counsel
MOLLY JENNINGS (*pro hac vice* pending)                     SCOTT D. SPEARS
BRIDGET FAHEY* (*pro hac vice* pending)                     Assistant Corporation Counsel

Wilmer Cutler Pickering Hale
   and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Debo P. Adegbile (*pro hac vice* pending)
Wilmer Cutler Pickering Hale
   and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

\* Admitted to practice only in Colorado. Supervised by members of the firm who are members of the District of Columbia Bar

121 N. LaSalle Street, Suite 600
Chicago, IL 60602
(312) 744-0220
edward.siskel@cityofchicago.org

Andrew W. Worseck
Chief Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602
(312) 744-0220

Ronald S. Safer
Matthew C. Crowl
Nick Kahlon
Laura Kleinman
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700

*Attorneys for the City of Chicago*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I caused the foregoing to be electronically transmitted to opposing counsel at the email addresses listed below.

Steven Buckingham, SBucking@civ.usdoj.gov

John Tyler, JTyler@civ.usdoj.gov

Thomas Walsh, Thomas.Walsh2@usdoj.gov

    /s/    Edward N. Siskel