# EXHIBIT A

**Roy L. Austin**
Former Deputy Assistant to the President for Urban Affairs, Justice and Opportunity, White House Domestic Policy Council
Former Deputy Assistant Attorney General, Civil Rights Division, U.S. Department of Justice
Former Assistant U.S. Attorney, District of Columbia

**Aramis Ayala**
State Attorney, Ninth Judicial Circuit (Orlando), Florida

**Sherry Boston**
District Attorney, DeKalb County, Georgia

**Chief Chris Burbank**
Former Police Chief, Salt Lake City, Utah
Director, Law Enforcement Engagement, Center for Policing Equity

**Sheriff Jerry L. Clayton**
Washtenaw County, Michigan

**Chief Brendan Cox**
Former Police Chief, Albany, New York

**Mark A. Dupree, Sr.**
District Attorney, Wyandotte County, Kansas

**Stan Garnett**
District Attorney, Boulder County, Colorado

**Sim Gill**
District Attorney, Salt Lake County, Utah

**Eric Gonzalez**
Acting District Attorney, Brooklyn, New York

**Mark Gonzalez**
District Attorney, Nueces County (Corpus Christi), Texas

**John Hummel**
District Attorney, Deschutes County (Bend), Oregon

**Miriam Aroni Krinsky**
Executive Director, Fair and Just Prosecution
Former Assistant U.S. Attorney, Central District of California; Criminal Appellate Chief and Chief, General Crimes
Chair, Solicitor General's Criminal Appellate Advisory Group

**Chief William Landsdowne**
Former Police Chief, San Diego County, California
Former Police Chief, San Jose County, California
Former Police Chief, Richmond, California

**Sheriff Bill McCarthy**
Polk County (Des Moines), Iowa

**Barbara McQuade**
Former U.S. Attorney, Eastern District of Michigan

**Marilyn J. Mosby**
State's Attorney, Baltimore City, Maryland

**Sheriff Joe Pelle**
Boulder County, Colorado

**Dan Satterberg**
Prosecuting Attorney, King County (Seattle), Washington

**Carol A. Siemon**
Prosecuting Attorney, Ingham County, Michigan

**James D. Smiertka**
City Attorney, Lansing, Michigan

**P. David Soares**
District Attorney, Albany County, New York

**Cyrus R. Vance Jr.**
District Attorney, New York County (Manhattan), New York