**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

The City of Chicago

                        Plaintiff,

v.                                             Case No.: 1:17−cv−05720
                                               Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 15, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:The Court grants the City a preliminary injunction against the Attorney Generals imposition of the notice and access conditions on the Byrne JAG grant. The Court denies the Citys Motion for a Preliminary Injunction with respect to the compliance condition, because the City has failed to establish a likelihood of success on the merits.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.