# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,** | Civil Action No. 1:17-cv-05720 |
| *Plaintiff*, | |
| v. | Hon. Harry D. Leinenweber |
| **JEFF SESSIONS, Attorney General of the United States,** | |
| *Defendant*. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant Jeff Sessions, Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order dated September 15, 2017 (Dkt. No. 78).

DATED: September 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

JOHN R. TYLER
Assistant Director

STEPHEN J. BUCKINGHAM
Special Counsel

*/s/ Arjun Garg*
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*