UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF CHICAGO,<br><br>                      *Plaintiff*,<br>      v.<br><br>JEFF SESSIONS, Attorney General of the United States,<br><br>                      *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

## MOTION TO STAY
## NATIONWIDE APPLICATION OF PRELIMINARY INJUNCTION

Defendant Jeff Sessions, Attorney General of the United States, hereby moves for a stay of the nationwide application of this Court's preliminary injunction of the imposition of certain conditions on the Byrne JAG grant, pending the resolution of the appeal that Defendant has noticed concurrent with filing this motion. In support of this motion, Defendant submits the accompanying Memorandum of Law, Second Declaration of Alan R. Hanson, and Proposed Order.

To promote efficient disposition of this motion, Defendant proposes that, if the Court believes additional briefing is necessary, the City may have until October 3 (one week) to file its response, and Defendant will waive a reply.

DATED: September 26, 2017          Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            JOEL R. LEVIN
                                            Acting United States Attorney

                                            JOHN R. TYLER
                                            Assistant Director

1

STEPHEN J. BUCKINGHAM
Special Counsel

 */s/ Arjun Garg*
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*