UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>JEFF SESSIONS, Attorney General of the United States,<br><br>*Defendant.* | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

## SECOND DECLARATION OF ALAN R. HANSON

Pursuant to 28 U.S.C. § 1746, I, Alan R. Hanson, declare as follows:

1. I am the Acting Assistant Attorney General for the Office of Justice Programs ("OJP") at the U.S. Department of Justice. I have held this position since January 30, 2017. As Acting Assistant Attorney General, I am the head of OJP.

2. OJP administers the Edward Byrne Memorial Justice Assistance Grant ("Byrne JAG") program.

3. Applications under the FY 2017 Byrne JAG - Local Solicitation[1] were generally due by September 5, 2017 (with some exceptions relating to jurisdictions affected by Hurricane Harvey). Applications under the FY 2017 Byrne JAG - State Solicitation[2] were due by August 25, 2017.

4. OJP received more than 900 applications under the FY 2017 Byrne JAG - Local Solicitation. OJP received 56 applications under the FY 2017 Byrne JAG - State Solicitation. In total, nearly one thousand FY 2017 Byrne JAG applications were received.

---

[1] This document is available at https://www.bja.gov/Funding/JAGLocal17.pdf.

[2] This document is available at https://www.bja.gov/Funding/JAGState17.pdf.

5. In the FY 2017 Byrne JAG cycle, OJP has issued two award notifications—to the County of Greenville, South Carolina and the City of Binghamton, New York—both on August 23, 2017. (Dkt. No. 32-1 ¶¶ 3-4.) All other FY 2017 Byrne JAG applications presently remain outstanding.

6. The FY 2017 Byrne JAG - Local Solicitation states an estimated total amount available to be awarded of $83 million for the FY 2017 grant cycle. The FY 2017 Byrne JAG - State Solicitation states an estimated total amount available to be awarded of up to $174.4 million for the FY 2017 grant cycle.

7. Prior to the entry of a nationwide preliminary injunction in this case, OJP had aimed to issue FY 2017 Byrne JAG awards by September 30, 2017. This is stated in the FY 2017 Byrne JAG - Local Solicitation, the FY 2017 Byrne JAG - State Solicitation, and a filing by the Defendant in this case (Dkt. No. 28 ¶ 4). That target is not a mandatory deadline, but reflects OJP's prudential goal for effective administration of the Byrne JAG program.

8. The ordinary federal 2017 fiscal year runs from October 1, 2016 to September 30, 2017. The September 30 target for issuing FY 2017 Byrne JAG awards is thus the end of the relevant federal fiscal year.

9. Historically speaking, never have virtually all Byrne JAG applications remained outstanding for the issuance of award documents at this advanced juncture (*i.e.*, late September) in the grant-making cycle. In other years, most Byrne JAG award notifications have been issued to prospective grant recipients well before September 30. As an example, FY 2016 Byrne JAG award documents were transmitted to the City of Chicago on September 7, 2016. (Dkt. No. 32-1 ¶ 7.) In years prior to that, Byrne JAG

2

award documents were transmitted to the City of Chicago on September 1, 2015; August 26, 2014; August 22, 2013; August 1, 2012; September 2, 2011; August 18, 2010; August 28, 2009; August 15, 2008; September 4, 2007; and May 4, 2006.

10. OJP is concerned by the disruption to the Byrne JAG program that would be associated with a significant delay (past September 30, 2017) in the issuance of FY 2017 Byrne JAG award notifications in response to the nearly 1,000 outstanding State and local applications. Such a delay would hinder the reasonably timely and reliable flow of funding under this important grant program that supports the law-enforcement activity of jurisdictions around the country. In many instances, the State or local fiscal year starts on July 1; thus, prospective FY 2017 Byrne JAG recipients may already be in "arrears" in waiting for anticipated federal funds.

11. The impact of a delay in the Byrne JAG grant-making cycle would likely tend to fall especially heavily on localities. That is because localities, which generally-speaking may have relatively small budgets, may receive Byrne JAG funding both through applications under the Local Solicitation, and additionally through sub-awards from State Administering Agencies that apply under the State Solicitation.

12. State Administering Agencies typically have strict timelines, set by each State based on the State's fiscal year (which, I understand, often runs from July 1 to June 30), for reviewing sub-recipient applications and making sub-awards. A significant delay in OJP's FY 2017 Byrne JAG grant-making process could disrupt the timelines under which States process their Byrne JAG sub-awards and maintain that sub-award cycle within the confines of their State fiscal years.

13. A common (though by no means exclusive) use of Byrne JAG funds is to cover State and local law enforcement overtime and equipment expenses. This year, funding for such expenses may at present be particularly critical to various State and local jurisdictions facing extraordinary law enforcement needs based on recent states of emergency caused by hurricane activity in Texas, Florida, Puerto Rico, and the U.S. Virgin Islands. A significant delay in securing and coordinating FY 2017 Byrne JAG funding for such jurisdictions presently facing emergency challenges would be counter-productive to federal attempts to assist with recovery efforts in disaster areas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2017

_Alan R. Hanson_
Alan R. Hanson