UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>                 *Plaintiff*,<br>v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>                 *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 28, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Defendant's Motion to Stay Nationwide Application of Preliminary Injunction.

DATED: September 26, 2017

                                            Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            JOEL R. LEVIN
                                            Acting United States Attorney

                                            JOHN R. TYLER
                                            Assistant Director

                                            STEPHEN J. BUCKINGHAM
                                            Special Counsel

                                            */s/ Arjun Garg*
                                            ARJUN GARG
                                            W. SCOTT SIMPSON
                                            Attorneys, U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave, NW

1

Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*

Case: 1:17-cv-05720 Document #: 83 Filed: 09/26/17 Page 2 of 2 PageID #:1178