# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 26, 2017

**To:**    Thomas G. Bruton
        Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-2991
>
> Caption:
> CITY OF CHICAGO,
> Plaintiff - Appellee
>
> v.
>
> JEFFERSON B. SESSIONS, III, Attorney General of the United States,
> Defendant - Appellant
>
> ---
>
> District Court No: 1:17-cv-05720
> Court Reporter Kathleen M. Fennell
> District Judge Harry D. Leinenweber
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 09/26/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)