UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>                   *Plaintiff*,<br>     v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>                  *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Please take notice that, pursuant to Local Rule 83.17, attorney Arjun Garg of the U.S. Department of Justice, who has previously entered his appearance in the above-captioned case, hereby substitutes as attorney of record for the defendant, in place of Stephen J. Buckingham (also of the U.S. Department of Justice), who is withdrawing.

Date: September 29, 2017

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Arjun Garg*
ARJUN GARG
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*