**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

The City of Chicago, et al.
                                    Plaintiff,

v.                                              Case No.: 1:17–cv–05720
                                                       Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 13, 2017:

       MINUTE entry before the Honorable Harry D. Leinenweber:The Attorney Generals Motion to Stay Nationwide Application of Preliminary Injunction [ECF No. 80] is denied.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.