UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,** *Plaintiff*, v. **JEFF SESSIONS,** Attorney General of the United States, *Defendant*. | Civil Action No. 1:17-cv-05720 Hon. Harry D. Leinenweber |

### DEFENDANT'S LOCAL RULE 78.5 NOTICE REQUESTING DECISION ON PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION

Pursuant to Local Rule 78.5, Defendant calls to the Court's attention the City of Chicago's fully-briefed and pending Motion for Partial Reconsideration (Dkt. No. 99) and respectfully seeks the Court's prompt disposition of that motion, because that motion's pendency is preventing appellate review of the Court's preliminary injunction. In support of a prompt disposition, Defendant states as follows:

1. Local Rule 78.5 provides that "[a]ny party may on notice provided for by LR 5.3 call a motion to the attention of the court for decision."

2. The City's motion seeks reconsideration of this Court's denial of a preliminary injunction as to a Byrne JAG grant condition requiring compliance with 8 U.S.C. § 1373. The City filed the motion on October 13, 2017 (*see* Dkt. No. 99) and presented it on October 17 (*see* Dkt. No. 104). Defendant's opposition was filed on October 23 (*see* Dkt. No. 110) and the City's reply was filed on October 30 (*see* Dkt. No. 114). The motion is ripe for decision.

1

3. On the basis of its motion for reconsideration in the district court, the City also sought in the Seventh Circuit on October 16 to suspend briefing on Defendant's motion in that forum to stay the nationwide application of this Court's preliminary injunction of two other Byrne JAG grant conditions not at issue in the motion for reconsideration. (*See* Dkt. No. 10, *City of Chicago v. Sessions*, No. 17-2991 (7th Cir. Oct. 16, 2017).) Defendant had filed that Seventh Circuit stay motion on October 13 (*see id*. Dkt. No. 8), and the Seventh Circuit had ordered the City to respond by October 18 (*see id*. Dkt. No. 9). The Seventh Circuit on October 20 accepted the City's request to suspend appellate proceedings, however, "until the district court resolves the City's motion for reconsideration." (*Id*. Dkt. No. 27 at 3.)

4. This Court's decision on the City's motion for reconsideration will allow Seventh Circuit proceedings to resume, so that Defendant may receive a ruling on the pending stay motion in the Seventh Circuit and so that briefing on the merits of the appeal may proceed.

5. Further delay exacerbates the Department's ongoing dilemma between forfeiting imposition of the "notice" and "access" conditions for all outstanding 2017 Byrne JAG applications versus disrupting prudent administration of the Byrne JAG program to await the result of further litigation. (*See id*.)

6. As alternative relief that the Court may consider, the Court could separate the preliminary injunction on which Defendant seeks the Seventh Circuit's review from the ruling on which the City seeks this Court's reconsideration, by vacating the existing order on Plaintiff's motion for a preliminary injunction and entering two separate orders adjudicating that motion *nunc pro tunc*—one order that grants relief as to the "notice" and

2

"access" conditions and is presently appealable to the Seventh Circuit, and a separate order that denies relief as to the "compliance" condition and is presently on a motion for reconsideration in this Court.

7. Defendant respectfully makes this filing in light of the unusual circumstances presented here, and with appreciation for the Court's attention and diligence in this matter.

DATED: November 2, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

JOHN R. TYLER
Assistant Director

 /s/ Arjun Garg
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*