UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF CHICAGO,<br><br>     *Plaintiff*,<br> v.<br><br>JEFF SESSIONS, Attorney General of the United States,<br><br>     *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

### NOTICE OF PRESENTMENT OF MOTION AND REQUEST FOR DECISION

**PLEASE TAKE NOTICE** that on November 16, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Plaintiff's Motion for Partial Reconsideration (Dkt. No. 99) pursuant to Defendant's Local Rule 78.5 Notice Requesting Decision on Plaintiff's Motion for Partial Reconsideration.

DATED: November 2, 2017      Respectfully submitted,

                 CHAD A. READLER
                 Acting Assistant Attorney General

                 JOEL R. LEVIN
                 Acting United States Attorney

                 JOHN R. TYLER
                 Assistant Director

                 */s/ Arjun Garg*
                 ARJUN GARG
                 W. SCOTT SIMPSON
                 Attorneys, U.S. Department of Justice

                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave, NW
                                        Washington, DC 20530
                                        Phone: (202) 305-8613
                                        Fax: (202) 616-8470
                                        E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*