# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

The City of Chicago, et al.

                    Plaintiff,

v.                                 Case No.: 1:17–cv–05720
                                             Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 11/16/2017. The Court will rule by mail on the City of Chicago's Motion for Partial Reconsideration and the United States Conference of Mayors' Motion to Intervene. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.