# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 21, 2017

Before

WILLIAM J. BAUER, *Circuit Judge*
DANIEL A. MANION, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 17-2991 | CITY OF CHICAGO,<br>Plaintiff - Appellee<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05720<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

The following are before the court:

1. **DEFENDANT-APPELLANT'S MOTION FOR PARTIAL STAY OF PRELIMINARY INJUNCTION PENDING APPEAL**, filed on October 13, 2017, by counsel for the appellant.

2. **OPPOSITION TO DEFENDANT'S MOTION TO STAY NATIONWIDE APPLICATION OF PRELIMINARY INJUNCTION**, filed on October 18, 2017, by counsel for the appellee.

3.  **DEFENDANT-APPELLANT'S STATUS REPORT**, filed on November 17, 2017, by counsel for the appellant.

4.  **REPLY IN SUPPORT OF DEFENDANT-APPELLANT'S MOTION FOR PARTIAL STAY OF PRELIMINARY INJUNCTION PENDING APPEAL**, filed on November 17, 2017, by counsel for the appellant.

5.  **PLAINTIFF-APPELLEE'S STATUS REPORT**, filed on November 20, 2017, by counsel for the appellee.

6.  **BRIEF OF STATES OF CALIFORNIA AND ILLINOIS AS AMICI CURIAE IN SUPPORT OF CITY OF CHICAGO'S RESPONSE TO DEFENDANT-APPELLANT'S MOTION FOR PARTIAL STAY OF PRELIMINARY INJUNCTION PENDING APPEAL AND AGAINST THE STAY**, filed on November 21, 2017, by counsel.

**IT IS ORDERED** that the motion for partial stay of the preliminary injunction is **DENIED**.

**IT IS FURTHER ORDERED** that briefing in this appeal shall proceed as follows:

1. The brief and required short appendix of the appellant are due by November 28, 2017.

2. The brief of the appellee is due by December 28, 2017.

3. The reply brief of the appellant, if any, is due by January 11, 2018.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)