# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## ORDER

December 19, 2017

*By the Court:*

| | |
|---|---|
| No. 17-2991 | CITY OF CHICAGO,<br> Plaintiff - Appellee<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States,<br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-05720<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

Upon consideration of the **MOTION OF THE NATIONAL SHERIFFS'
ASSOCIATION FOR LEAVE TO FILE A BRIEF AMICUS CURIAE IN SUPPORT OF
APPELLANT**, filed on December 15, 2017, by counsel for the amicus curiae,

**IT IS ORDERED** that the motion filed by the National Sheriffs' Association is
**GRANTED** to the extent that the amicus curiae shall submit a brief that complies with
this court's rules on or before December 21, 2017. Specifically, the brief must contain
disclosure statements for each attorney listed on the brief. See Fed. R. App. P. 26.1,
29(a)(4)(A); Cir. R. 26.1. If a compliant brief is submitted by December 21, the clerk of
this court shall file it instanter.

form name: **c7_Order_BTC**(form ID: **178**)