UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,** *Plaintiff*, v. **JEFF SESSIONS,** Attorney General of the United States, *Defendant*. | Civil Action No. 1:17-cv-05720 Hon. Harry D. Leinenweber |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
FILE OVERSIZED BRIEF AND SET BRIEFING SCHEDULE**

Defendant respectfully requests leave pursuant to Local Rule 7.1 to file a twenty-five page brief in support of Defendant's motion to dismiss Plaintiff's Complaint, with Plaintiff likewise to receive leave to file a twenty-five page brief in opposition, and Defendant to have fifteen pages for a reply brief. Additionally, Defendant proposes that Plaintiff's opposition brief be due no later than January 31, 2018, and that Defendant's reply be due no later than February 15, 2018.

Counsel for Plaintiff advises that Plaintiff does not oppose the requested page limits and briefing schedule. For the Court's reference, in briefing Plaintiff's Motion for Preliminary Injunction (Dkt. No. 21), the parties submitted briefs of the lengths requested here (*see* Dkt. Nos. 23, 32, 69).

DATED: January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Director

*/s/ Arjun Garg*
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>     *Plaintiff*,<br><br>  v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>     *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF AND SET BRIEFING SCHEDULE**

Upon consideration of Defendant's Unopposed Motion for Leave to File Oversized Brief and Set Briefing Schedule, the Court hereby **ORDERS** that the Motion is **GRANTED**. Defendant shall be permitted twenty-five pages for a brief in support of Defendant's motion to dismiss, Plaintiff shall be permitted twenty-five pages for an opposition brief, and Defendant shall be permitted 15 pages for a reply brief. Plaintiff's opposition brief is due no later than January 31, 2018, and Defendant's reply is due no later than February 15, 2018.

Dated: January \_\_\_, 2018          _____
                        Hon. Harry D. Leinenweber