UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>     *Plaintiff*,<br><br> v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>     *Defendant*. | **Civil Action No. 1:17-cv-05720**<br><br>**Hon. Harry D. Leinenweber** |

### DEFENDANT'S MOTION TO DISMISS

Defendant hereby moves to dismiss Plaintiff's Complaint in its entirety. The grounds for dismissal are set forth in the accompanying memorandum of law.

DATED: January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Director

 /s/ Arjun Garg
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **THE CITY OF CHICAGO,** <br><br> *Plaintiff*, <br><br> v. <br><br> **JEFF SESSIONS,** Attorney General of the United States, <br><br> *Defendant*. | **Civil Action No. 1:17-cv-05720** <br><br> Hon. Harry D. Leinenweber |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Defendant's Motion to Dismiss, the Court hereby **ORDERS** that the Motion is **GRANTED**. Plaintiff's claims are dismissed in their entirety.

Dated: _____, 2018        _____
                                                                         Hon. Harry D. Leinenweber