**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THE CITY OF CHICAGO,** *Plaintiff*, v. **JEFF SESSIONS, Attorney General of the United States,** *Defendant*. | **Civil Action No. 1:17-cv-05720** Hon. Harry D. Leinenweber |

**PLEASE TAKE NOTICE** that on January 16, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Defendant's Motion to Dismiss.

DATED: January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Director

 */s/ Arjun Garg*
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*