UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>                              *Plaintiff*,<br><br>  v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>                              *Defendant*. | **Civil Action No. 1:17-cv-05720**<br><br>**Hon. Harry D. Leinenweber** |

### REQUEST FOR JUDICIAL NOTICE
### IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant respectfully submits this Request for Judicial Notice in support of Defendant's concurrently-filed Motion to Dismiss. In deciding that motion, the Court may, without converting the motion into a summary judgment motion, consider "the complaint itself, documents attached to the complaint, documents that are critical to the complaint and referred to in it, and information that is subject to proper judicial notice." *Geinosky v. City of Chicago*, 675 F.3d 743, 745 n.1 (7th Cir. 2012). This Request for Judicial Notice is submitted without prejudice to any other bases on which the Court properly may consider the submitted materials in adjudicating Defendant's Motion to Dismiss.

**I.    Points and Authorities**

A district court may take judicial notice of any document or fact "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "The Court may of course judicially notice public records and government documents, including those available from reliable sources on the Internet." *Tillman v. Smith & Nephew, Inc.*, 2012

WL 6681698, at *1 (N.D. Ill. Nov. 1, 2012) (quoting *Bova v. U.S. Bank, N.A.*, 446 F. Supp. 2d 926, 930 n.2 (S.D. Ill. 2006)). Matters subject to judicial notice include "public court documents," *Henson v. CSC Credit Servs.*, 29 F.3d 280, 284 (7th Cir. 1994); "reports of administrative bodies," *Menominee Indian Tribe of Wis. v. Thompson*, 161 F.3d 449, 456 (7th Cir. 1998); government policies, *see DeGroot v. Vill. of Matteson*, 2014 WL 3360562, at *3 n.2 (N.D. Ill. July 9, 2014); and information published on government websites, *see Cause of Action v. Chi. Transit Auth.*, 815 F.3d 267, 277 n.13 (7th Cir. 2016).

## II.     Scope of Request

Pursuant to Federal Rule of Evidence 201, Defendant requests that the Court take judicial notice of the existence and content of the following documents:

1.     Attached as **Exhibit A** is a true and correct copy of an award document transmitted on August 23, 2017 (as part of an award package) to the County of Greenville, South Carolina, in connection with the FY 2017 Byrne JAG - Local Solicitation. This document was previously filed in this case at Dkt. No. 32-1.

2.     Attached as **Exhibit B** is a true and correct copy of U.S. Immigration and Customs Enforcement ("ICE") Policy Number. 10074.2. As of January 2, 2018, this document is available on ICE's website at https://www.ice.gov/sites/default/files/documents/Document/2017/10074-2.pdf.

3.     Attached as **Exhibit C** is a true and correct copy of a document titled "Office of Justice Programs Guidance Regarding Compliance with 8 U.S.C. § 1373." As of January 2, 2018, this document is available on the Bureau of Justice Assistance's website at https://www.bja.gov/funding/8uscsection1373.pdf. It also was previously filed in this case at Dkt. No. 26-15.

4. Attached as **Exhibit D** is a true and correct copy of a letter date October 11, 2017 from U.S. Department of Justice Acting Assistant Attorney General Alan Hanson to Chicago Superintendent of Police Eddie T. Johnson. As of January 2, 2018, this document is available on the U.S. Department of Justice's website at https://www.justice.gov/opa/press-release/file/1003016/download. It also was previously filed in this case at Dkt. No. 103-1.

5. Attached as **Exhibit E** is a true and correct copy of a document titled "2017 Illinois Local JAG Allocations." As of January 2, 2018, this document is available on the Bureau of Justice Assistance's website at https://www.bja.gov/Programs/JAG/jag17/17IL.pdf.

6. Attached as **Exhibit F** is a true and correct copy of a document titled "City of Chicago 2017 Budget Overview." As of January 2, 2018, this document is available on the City of Chicago's website at https://www.cityofchicago.org/content/dam/city/depts/obm/supp_info/2017%20Budget/2017.Budget.Overview.pdf.

7. Attached as **Exhibit G** is a true and correct copy of a letter dated October 27, 2017 from the City of Chicago's Corporation Counsel Edward N. Siskel to U.S. Department of Justice Acting Assistant Attorney General Alan R. Hanson. This document was previously filed in this case at Dkt. No. 115-1.

8. Attached as **Exhibit H** is a true and correct copy of a document titled "Department of Justice Referral of Allegations of Potential Violations of 8 U.S.C. § 1373 by Grant Recipients." As of January 2, 2018, this document is available on the U.S. Department of Justice's website at https://oig.justice.gov/reports/2016/1607.pdf.

9. Attached as **Exhibit I** is a true and correct copy of a document titled "Paperwork Reduction Act – Generic Clearances." As of January 2, 2018, this document is available on a U.S. government website at https://obamawhitehouse.archives.gov/sites/default/files/omb/assets/inforeg/PRA_Gen_ICRs_5-28-2010.pdf.

10. Attached as **Exhibit J** is a true and correct copy titled "Notice of Office of Management and Budget Action." As of January 2, 2018, this document is available on a U.S. government website at https://www.reginfo.gov/public/do/DownloadNOA?requestID=268307.

11. Attached as **Exhibit K** is a true and correct copy of a document listing details of an Information Collection Request. As of January 2, 2018, this document is available on a U.S. government website at https://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=201508-1121-003 (check the box "All" after the prompt "Display additional information by clicking on the following").

DATED: January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Director

*/s/ Arjun Garg*
ARJUN GARG
W. SCOTT SIMPSON
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Phone: (202) 305-8613
Fax: (202) 616-8470
E-Mail: arjun.garg@usdoj.gov

*Counsel for Defendant*