UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

The City of Chicago, et al.
                          Plaintiff,

v.                                               Case No.: 1:17−cv−05720
                                                      Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 16, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendant's Unopposed Motion for Leave to File Oversized Brief and Set Briefing Schedule [ECF No. 135] is granted. In accordance with the proposed briefing schedule, Plaintiff's response to Defendant's pending Motion to Dismiss [ECF No. 137] shall be filed on or before 1/31/2018. Defendant's reply shall be filed on or before 2/15/2018. The Court will rule by mail. Defendant's Local Rule 78.5 Notice Requesting Decision [ECF No. 116] is granted nunc pro tunc. The United States Conference of Mayors' Motion for Preliminary Injunction [ECF No. 109] is denied as moot given the Court's Nov. 16, 2017 Memorandum Opinion and Order [ECF No. 125]. Status hearing set for 2/8/18 is vacated. Ruling by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.