UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JEFFERSON BEAUREGARD SESSIONS III,**<br>**Attorney General of the United States**<br><br>*Defendant.* | Civil Action No. 1:17-cv-5720<br><br>Hon. Harry D. Leinenweber |

### CHICAGO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff City of Chicago, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby moves this Court for an Order granting partial summary judgment in favor of Plaintiff on Counts I, II, and V of the Complaint for Injunctive and Declaratory Relief and holding that: (a) the new conditions the Attorney General of the United States has imposed on the Edward Byrne Memorial Justice Assistance Grant are *ultra vires*, violate the Separation of Powers, and are therefore unlawful, and (b) Plaintiff complies with 8 U.S.C. § 1373.

This Motion is based upon the accompanying Combined Opposition to Defendant's Motion to Dismiss and Memorandum of Law in Support of Plaintiff's Cross-Motion for Partial Summary Judgment; Plaintiff's Statement of Undisputed Material Facts; the Declaration of Molly Jennings in Support of Plaintiff's Motion for Partial Summary Judgment; the pleadings and records on file in this action; any matters of which the Court may take judicial notice, including those referenced in Plaintiff's accompanying Request for Judicial Notice; and any further argument as may be presented on this Motion.

-

WHEREFORE, Plaintiff respectfully requests that this Court enter partial summary judgment in its favor in the above-captioned proceeding.

January 31, 2018.                                           Respectfully Submitted,

By  /s/ Edward N. Siskel

| | |
|---|---|
| JAMIE S. GORELICK (*pro hac vice*) | EDWARD N. SISKEL |
| DAVID W. OGDEN (*pro hac vice*) | Corporation Counsel of the City of Chicago |
| ARI HOLTZBLATT (*pro hac vice*) | JUSTIN A. HOUPPERT |
| ARI SAVITZKY (*pro hac vice*) | Assistant Corporation Counsel |
| MOLLY JENNINGS (*pro hac vice*) | SCOTT D. SPEARS |
| BRIDGET FAHEY* (*pro hac vice*) | Assistant Corporation Counsel |
| JACK STARCHER** (*pro hac vice* pending) | 121 N. LaSalle Street, Suite 600 |
| JOSHUA ABBUHL (*pro hac vice* pending) | Chicago, IL 60602 |
| WILMER CUTLER PICKERING HALE   AND DORR LLP | (312) 744-0220 edward.siskel@cityofchicago.org |
| 1875 Pennsylvania Avenue NW | |
| Washington, DC 20006 | ANDREW W. WORSECK |
| (202) 663-6000 | Chief Assistant Corporation Counsel |
| | 30 N. LaSalle Street, Suite 1230 |
| DEBO P. ADEGBILE (*pro hac vice*) | Chicago, IL 60602 |
| ADRIEL I. CEPEDA DERIEUX (*pro hac vice*) | (312) 744-0220 |
| WILMER CUTLER PICKERING HALE   AND DORR LLP | |
| 7 World Trade Center | RONALD S. SAFER |
| 250 Greenwich Street | MATTHEW C. CROWL |
| New York, NY 10007 | NICK KAHLON |
| (212) 230-8800 | TAL CHAIKEN |
| | LAURA KLEINMAN |
| | RILEY SAFER HOLMES & CANCILA LLP |
| * *Admitted to practice only in Colorado. Supervised by members of the firm who are members of the District of Columbia Bar* | Three First National Plaza |
| | 70 West Madison Street, Suite 2900 |
| | Chicago, IL 60602 |
| ***Admitted to practice only in New York. Supervised by members of the firm who are members of the District of Columbia Bar* | (312) 471-8700 |

*Attorneys for the City of Chicago*

## CERTIFICATE OF SERVICE

On the 31st day of January, 2018, I electronically filed the foregoing brief using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by that system.

/s/  Edward N. Siskel
EDWARD N. SISKEL
