UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JEFFERSON BEAUREGARD SESSIONS III,**<br>Attorney General of the United States<br><br>*Defendant.* | Civil Action No. 1:17-cv-5720<br><br>Hon. Harry D. Leinenweber |

**DECLARATION OF MOLLY JENNINGS IN SUPPORT OF PLAINTIFF
THE CITY OF CHICAGO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Molly Jennings, declare and state as follows:

1. I am an attorney licensed to practice law in the State of Missouri and the District of Columbia, and a Senior Associate at Wilmer Cutler Pickering Hale & Dorr, LLP. I submit this Declaration in support of Plaintiff's motion for partial summary judgment and hereby attach a true and correct copy of the following:

2. **Exhibit A** is a study by Tom K. Wong titled "The Effects of Sanctuary Policies on Crime and the Economy" and published by the Center for American Progress and the National Immigration Law Center on January 26, 2017. As of January 31, 2018, this study is available on the National Immigration Law Center's website at https://www.nilc.org/wp-content/uploads/2017/02/Effects-Sanctuary-Policies-Crime-and-Economy-2017-01-26.pdf.

3. **Exhibit B** is a study written by Benjamin Gonzalez, Loren Collingwood, and Stephen Omar El-Khatib titled "The Politics of Refuge: Sanctuary Cities, Crime, and Undocumented Immigration," published online by *Urban Affairs Review* in May 2017. As of January 31, 2018, a version of the study is available on one of the author's websites at http://www.collingwoodresearch.com/uploads/8/3/6/0/8360930/gonzalez_obrien_et_al.pdf.

4.      **Exhibit C** is a report authored by Nathan James and published by the Congressional Research Service on May 30, 2017, titled "FY2017 Appropriations for the Department of Justice Grant Programs."  As of January 31, 2018, the report is available at https://fas.org/sgp/crs/misc/R44430.pdf.

5.      **Exhibit D** is an online newspaper article by Loren Collingwood and Benjamin Gonzalez-O'Brien, published by the *Washington Post* on July 14, 2017, titled "Jeff Sessions Used Our Research To Claim That Sanctuary Cities Have More Crime.  He's Wrong."  As of January 31, 2018, the article is available on the *Washington Post*'s website at https://www.washingtonpost.com/news/monkey-cage/wp/2017/07/14/jeff-sessions-used-our-research-to-claim-that-sanctuary-cities-have-more-crime-hes-wrong/?utm_term=.15727cc963fc.

6.      **Exhibit E** is an online newspaper article by Miriam Valverde, published by *PolitiFact* on July 24th, 2017, titled "Jeff Sessions Cites Study On Sanctuary Cities, Researchers Say He Misrepresented It."  As of January 31, 2018, the article is available on *PolitiFact*'s website at http://www.politifact.com/truth-o-meter/statements/2017/jul/24/jeff-sessions/jeff-sessions-mischaracterizes-study-sanctuary-cit/.

7.      **Exhibit F** is a FY 2017 Byrne JAG Local Solicitation award document, dated August 23, 2017, to the County of Greenville, South Carolina.  This exhibit was previously filed in this Court as Dkt. No. 32-1 (Ex. A).

8.      **Exhibit G** is a FY 2017 Byrne JAG Local Solicitation award document, dated August 23, 2017, to the City of Binghamton, New York.  This exhibit was previously filed in this Court as Dkt. No. 32-1 (Ex. B).

9.      **Exhibit H** is Attachment 4b ("JAG Budget Narrative") to the City of Chicago's FY 2017 application for the Edward Byrne Memorial Justice Assistance Grant Program, dated August 31, 2017.

-3-

10. **Exhibit I** is a letter from Edward Siskel, Corporation Counsel, Department of Law, City of Chicago, to Alan R. Hanson, Acting Assistant Attorney General, Office of Justice Programs, U.S. Department of Justice, dated October 27, 2017.

11. **Exhibit J** is an award letter, dated November 1, 2017, for the FY 2017 Community Oriented Policing Services Hiring Program. The award letter is from Russell Washington, Acting Director, Office of Community Oriented Policing Services, U.S. Department of Justice, to Eddie Johnson, Superintendent of Police, Chicago Police Department, and Rahm Emanuel, Mayor of the City of Chicago.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 31, 2018 at Washington, D.C.

                                                                  /s/ Molly Jennings
MOLLY JENNINGS
WILMER CUTLER PICKERING HALE
  AND DORR, LLP
1875 Pennsylvannia Ave., NW
Washington, DC 20007
(202) 663-6000
molly.jennings@wilmerhale.com

## CERTIFICATE OF SERVICE

On the 31st day of January, 2018, I electronically filed the foregoing declaration using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by that system.

/s/ Molly Jennings
MOLLY JENNINGS