## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The City of Chicago | ) | Case No: 17 C 5720 |
| v. | ) | Judge: Harry D. Leinenweber |
| Jefferson Beauregard Sessions III, et. al | ) | |

## ORDER

Ruling on motion hearing held. Motions for leave to appear pro hac vice are granted [145, 146]. Motion for partial motion for summary judgment [150] is entered and briefed as follows: response by 2/28/18, reply by 3/21/18. Leave is granted for briefs to exceed the page limit as stated on the record.

(T:00:05)

Date: 2/6/18 /s/ Judge Harry D. Leinenweber