UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

The City of Chicago, et al.
                           Plaintiff,

v.                                              Case No.: 1:17−cv−05720
                                                Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III
                           Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2018:

    MINUTE entry before the Honorable Harry D. Leinenweber: Motion to Appear and File Memorandum as Amici Curiae [ECF No. 149] is granted. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.