# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 24, 2018

Before

WILLIAM J. BAUER, *Circuit Judge*
DANIEL A. MANION, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 17-2991 | CITY OF CHICAGO, <br>  Plaintiff - Appellee <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States, <br>  Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05720 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber ||

Upon consideration of the **DEFENDANT-APPELLANT'S MOTION FOR PARTIAL STAY OF PRELIMINARY INJUNCTION PENDING A PETITION FOR REHEARING EN BANC AND, IF NECESSARY, A PETITION FOR A WRIT OF CERTIORARI**, filed on April 23, 2018, by counsel for the appellant,

**IT IS ORDERED** that the motion for partial stay is **DENIED** without prejudice to renewal. To the extent that Attorney General Jefferson Sessions is asking for reconsideration of this court's order denying his motion for partial stay, issued on November 21, 2017, the request is **DENIED**. No member of the panel has requested that the motion be considered by the court en banc. See Seventh Circuit Operating Procedure 1(a)(2).

If Attorney General Sessions files a petition for rehearing en banc, he may ask this court for a partial stay with his petition or after any decision by this court to rehear this case en banc. It is more appropriate for the full court to consider a request for stay after Attorney General Sessions has presented his arguments for why en banc rehearing of this appeal is warranted.

form name: **c7_Order_3J**(form ID: **177**)