UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JEFFERSON BEAUREGARD SESSIONS III,**<br>Attorney General of the United States<br><br>*Defendant.* | Civil Action No. 1:17-cv-5720<br><br>Hon. Harry D. Leinenweber |

**NOTICE OF MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR DECISION PURSUANT TO LOCAL RULE 78.5**

**PLEASE TAKE NOTICE** that on May 23, 2018 at 9:30am, or as soon thereafter as counsel may be heard, counsel for Plaintiff City of Chicago ("Chicago") shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Chicago's attached Motion for Leave To Cite Supplemental Authority in Support of its Motion for Summary Judgment and Request for Decision Pursuant to Local Rule 78.5.

| | |
|---|---|
| May 18, 2018. | Respectfully Submitted, |
| | By /s/ Edward N. Siskel |
| JAMIE S. GORELICK (*pro hac vice*) | EDWARD N. SISKEL |
| DAVID W. OGDEN (*pro hac vice*) | Corporation Counsel of the City of Chicago |
| ARI HOLTZBLATT (*pro hac vice*) | JUSTIN A. HOUPPERT |
| ARI SAVITZKY (*pro hac vice*) | Assistant Corporation Counsel |
| MOLLY JENNINGS (*pro hac vice*) | SCOTT D. SPEARS |
| BRIDGET FAHEY* (*pro hac vice*) | Assistant Corporation Counsel |
| JACK STARCHER (*pro hac vice*) | 121 N. LaSalle Street, Suite 600 |
| JOSHUA ABBUHL (*pro hac vice*) | Chicago, IL 60602 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (312) 744-0220 |
| 1875 Pennsylvania Avenue NW | edward.siskel@cityofchicago.org |
| Washington, DC 20006 | |
| (202) 663-6000 | ANDREW W. WORSECK |
| | Chief Assistant Corporation Counsel |
| DEBO P. ADEGBILE (*pro hac vice*) | 30 N. LaSalle Street, Suite 1230 |
| ADRIEL I. CEPEDA DERIEUX (*pro hac vice*) | Chicago, IL 60602 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (312) 744-0220 |
| 7 World Trade Center | RONALD S. SAFER |
| 250 Greenwich Street | MATTHEW C. CROWL |
| New York, NY 10007 | NICK KAHLON |
| (212) 230-8800 | TAL CHAIKEN |
| | LAURA KLEINMAN |
| * Admitted to practice only in Colorado. Supervised by members of the firm who are members of the District of Columbia Bar | RILEY SAFER HOLMES & CANCILA LLP |
| | Three First National Plaza |
| | 70 West Madison Street, Suite 2900 |
| | Chicago, IL 60602 |
| | (312) 471-8700 |
| | *Attorneys for the City of Chicago* |

## CERTIFICATE OF SERVICE

On the 18th day of May, 2018, I electronically filed the foregoing brief using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by that system.

/s/ Edward N. Siskel
EDWARD N. SISKEL