# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 26, 2018

*By the Court:*

No. 17-2991

| | |
|---|---|
| CITY OF CHICAGO,<br>　　*Plaintiff-Appellee,*<br><br>　　*v.*<br><br>JEFFERSON B. SESSIONS III,<br>Attorney General of the United States,<br>　　*Defendant-Appellant.* | Appeal from the United States District Court<br>for the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:17-cv-05720<br><br>Harry D. Leinenweber,<br>*Judge.* |

## O R D E R

　　The Attorney General has asked this court to review en banc the nationwide aspect of the injunction that was issued by the district court, and affirmed by the panel of this court, in the case of *Chicago v. Sessions*, No. 17-2991. He has not challenged the propriety of the injunction insofar as it applies to Chicago, nor has he challenged the panel's decision that the district court properly enjoined, as likely unconstitutional, the imposition of the notice and access conditions on the Byrne JAG Grant for Chicago. A majority of the judges in regular active service voted to grant the limited rehearing en banc on the narrow issue presented by the Attorney General: whether the preliminary injunction issued by the district court was properly applied beyond the City of Chicago to encompass jurisdictions nationwide.

　　Along with the request for that limited rehearing en banc, the Attorney General asked this court to stay the preliminary injunction insofar as it extended beyond the City of Chicago. A majority of the judges participating in the en banc rehearing of this case have voted to grant the stay requested by the Attorney General. The preliminary injunction issued by the district court will remain in effect as to the imposition of the conditions on the City of Chicago, but it is hereby STAYED as to geographic areas in the United States beyond the City of Chicago pending the disposition of the case by the en banc court.