UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE CITY OF CHICAGO<br><br>*Plaintiff*,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, in his official capacity,<br><br>*Defendant*. | Civ. Action No. 1:17-cv-5720<br>Hon. Harry D. Leinenweber |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.17, attorney Jamison Davies of Patterson Belknap Webb & Tyler LLP moves to withdraw his appearance as counsel for *amici* Administrative Law, Constitutional Law, and Immigration Law Scholars. Mr. Davies has accepted another position and will no longer be associated with Patterson Belknap Webb & Tyler LLP. *Amici* will continue to be represented in this matter by their remaining counsel.

Dated: July 11, 2018

                                                             Respectfully submitted

                                                             /s/ Jamison Davies
                                                             Jamison Davies (*pro hac vice*)
                                                             Patterson Belknap Webb & Tyler LLP
                                                             1133 Avenue of the Americas
                                                             New York, NY 10036
                                                             (212) 336-2000
                                                             jmdavies@pbwt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 11, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ Jamison Davies
Jamison Davies (*pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
jmdavies@pbwt.com

10498707v.1