UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**THE CITY OF CHICAGO,**

*Plaintiff,*

v.

**JEFFERSON BEAUREGARD SESSIONS III,**
Attorney General of the United States

*Defendant.*

Civil Action No. 1:17-cv-5720

Hon. Harry D. Leinenweber

**NOTICE OF MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that on July 19, 2018 at 9:30am, or as soon thereafter as counsel may be heard, counsel for Plaintiff City of Chicago ("Chicago") shall appear before the Honorable Judge Harry D. Leinenweber, in Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall then and there present Chicago's attached Motion for Leave To Cite Supplemental Authority in Support of its Motion for Summary Judgment.

| | |
|---|---|
| July 16, 2018. | Respectfully Submitted, |
| | By /s/ Edward N. Siskel |
| JAMIE S. GORELICK (*pro hac vice*) | EDWARD N. SISKEL |
| DAVID W. OGDEN (*pro hac vice*) | Corporation Counsel of the City of Chicago |
| ARI HOLTZBLATT (*pro hac vice*) | JUSTIN A. HOUPPERT |
| ARI SAVITZKY (*pro hac vice*) | Assistant Corporation Counsel |
| MOLLY JENNINGS (*pro hac vice*) | SCOTT D. SPEARS |
| BRIDGET FAHEY* (*pro hac vice*) | Assistant Corporation Counsel |
| JACK STARCHER (*pro hac vice*) | 121 N. LaSalle Street, Suite 600 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Chicago, IL 60602 |
| 1875 Pennsylvania Avenue NW | (312) 744-0220 |
| Washington, DC 20006 | edward.siskel@cityofchicago.org |
| (202) 663-6000 | |
| | ANDREW W. WORSECK |
| DEBO P. ADEGBILE (*pro hac vice*) | Chief Assistant Corporation Counsel |
| ADRIEL I. CEPEDA DERIEUX (*pro hac vice*) | 30 N. LaSalle Street, Suite 1230 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Chicago, IL 60602 |
| 7 World Trade Center | (312) 744-0220 |
| 250 Greenwich Street | |
| New York, NY 10007 | RONALD S. SAFER |
| (212) 230-8800 | MATTHEW C. CROWL |
| | NICK KAHLON |
| | TAL CHAIKEN |
| * Admitted to practice only in Colorado. Supervised by members of the firm who are members of the District of Columbia Bar | LAURA KLEINMAN |
| | RILEY SAFER HOLMES & CANCILA LLP |
| | Three First National Plaza |
| | 70 West Madison Street, Suite 2900 |
| | Chicago, IL 60602 |
| | (312) 471-8700 |
| | |
| | *Attorneys for the City of Chicago* |

## CERTIFICATE OF SERVICE

On the 16th day of July, 2018, I electronically filed the foregoing notice of motion using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by that system.

/s/ Edward N. Siskel
EDWARD N. SISKEL