## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The City of Chicago, et al.

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–05720

                                                           Honorable Harry D. Leinenweber

Jefferson Beauregard Sessions III

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2018:

       MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. Motions to reassign cases are granted [185, 189]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.