**FILED**
JUL 31 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Annette Mitchell )
Plaintiff )
) Case Number: 1:17-CV-05720
) Judge: Judge Leinenweber
v. )
Atty. Brian Perkins ) Magistrate Judge: Judge Mason
)
Defendant )

Motion for Complete Injunction.

I, Annette Mitchell will suffer an irreparable harm in absent the entry of complete injunction. I'm deprive of due Process, line of Duty benifits, Occupational Disease benifits, Social Security Disability benifits, Workers Compensation benifits, Medical Vendor Claims, Produce lightly Claims, All Claims pursuant to the Crime Victims, Compensation Act, Bankrupcy Benifits, Back Pay, Retirement benifits and Health Insure, line of duty benifits, a Certificate of innocence from the Circuit Court as provided in Sec. 2-702 of the Code of Civil Produre, All Claims for recoupment made by the State against me, All Claims Pursuant to the Illinois National Guardsman's Compensation Act, State Farm Agent benifits, Best v. Taylor Machine, Central Dupage hosp, Loyola hosp, Rush Hosp, IMRF Pension, Fuji Product, Monetary relief in preys of relief Annuity Fund, Utilities Fund, Ruining my Credit

Annette Mitchell      7/31/2018