UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>                    *Plaintiff*,<br><br>    v.<br><br>**JEFF SESSIONS, Attorney General of the United States,**<br><br>                    *Defendant*. | Civil Action No. 1:17-cv-05720<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendant hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Final Judgment and Order dated August 15, 2018 (Docket No. 211), and Judgment in a Civil Case dated August 15, 2018 (Docket No. 212), and from all earlier rulings and interlocutory orders on which the Final Judgment and Order was based or that merged into it.

Dated:  August 28, 2018

                                              Respectfully submitted,

                                              CHAD A. READLER
                                              Acting Assistant Attorney General

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

                                              JOHN R. TYLER
                                              Assistant Director

                                              s/ W. Scott Simpson

                                              W. SCOTT SIMPSON
                                              Senior Trial Counsel

                                        Department of Justice, Civil Division
                                        318 South Sixth Street, Room 244
                                        Springfield, Illinois 62701
                                        Telephone:   (202) 514-3495
                                        Facsimile:    (217) 492-4888
                                        E-mail:       scott.simpson@usdoj.gov

                                        COUNSEL FOR DEFENDANT