UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE CITY OF CHICAGO,**<br><br>              *Plaintiff,*<br><br>     v.<br><br>**JEFFERSON BEAUREGARD SESSIONS III,**<br>**Attorney General of the United States**<br><br>              *Defendant.* | Civil Action No. 1:17-cv-5720<br>Hon. Harry D. Leinenweber |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, please withdraw the appearance of attorney Ari J. Savitzky as counsel for the City of Chicago in this matter. Mr. Savitzky is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, which represents the City of Chicago in this matter. All other counsel who have entered appearances for the City of Chicago will remain as counsel of record.

March 2, 2020

/s/ Ari Holtzblatt
ARI HOLTZBLATT (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
ari.holtzblatt@wilmerhale.com

*Counsel for Plaintiff*