# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 22, 2022

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| Nos. 21-1604, 21-1632, 21-1700, 21-1701 | CITY OF CHICAGO, Plaintiff - Appellee v. MERRICK B. GARLAND, Attorney General of the United States, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:18-cv-06859 & : 1:17-cv-05720 Northern District of Illinois, Eastern Division District Judge Harry D. Leinenweber ||
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05720 Northern District of Illinois, Eastern Division ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:            F.R.A.P. 42(b)

STATUS OF THE RECORD:            no record to be returned

form name: **c7_Mandate** (form ID: **135**)